1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DAVID LEE,                        )      No.  CV 12-5008-CW
                                       )
12                   Plaintiff,        )      JUDGMENT
                                       )
13           v.                        )
                                       )
14   CAROLYN W. COLVIN,                )
     Commissioner, Social Security     )
15   Adminstration,                    )
                                       )
16                   Defendant.        )
     _____)

17

18       **IT IS ADJUDGED** that this action is remanded to defendant for

19   further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

20   and consistent with the accompanying Decision and Order.

21

22   DATED: November 13, 2013

23

24                                   _____

25                                       CARLA M. WOEHRLE
                                     United States Magistrate Judge

26

27

28